AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: B-18-MJ-405 | Date and time warrant executed: 5/14/2018 1:00 p.m. | Copy of warrant and inventory left with: Luis Armando Avonce-Hernandez |
| Inventory made in the presence of: Luis Armando Avonce-Hernandez |||

Inventory of the property taken and name of any person(s) seized:

Luis Armando AVONCE-HERNANDEZ, A: 200 812 405

Money: $8,302.00 US Currency
1- Gray Samsung, Model: SM-J327P, Last 9: 909 541 479
1- Gray Samsung, Model: SM-J327P, Last 9: 906 488 345
1- Gray Samsung, Model: SM-J327P, Last 9: 909 540 357
1- Black Samsung S8, Model: SM-G955U1
Miscellaneous Paper Work, Money Receipts, Ledgers, etc.

**United States District Court**
**Southern District of Texas**
**FILED**

MAY 31 2018

David J. Bradley, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/18

_Executing officer's signature_

Samuel Gallops, Special Agent
_Printed name and title_

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched or identify the person by name and address)* <br><br> 10440 South Drive, Apartment 2705 <br> Houston, Texas 77099 | ) ) ) ) ) ) ) Case No. B-18-MJ-405 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Texas___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment B

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment C

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___May 26, 2018___
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Ignacio Torteya, III___ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for ___10___ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of _____.

Date and time issued: ___May 14, 2018 (9:51AM)___

_____
*Judge's signature*

City and state: ___Brownsville, Texas___    ___Ignacio Torteya, III, United States Magistrate Judge___
*Printed name and title*